PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.

Crim. No. CR205-00005-001

Melanie Lynn Ward

On May 5, 2005, the above-named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Melanie Lynn Ward be discharged from probation.

Respectfully submitted,

Philip J. Lyons  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 2nd day of November, 2005.

James E. Graham  
United States Magistrate Judge

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
PROBATION OFFICE

**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

STATESBORO 30459
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

# MEMORANDUM

DATE:   November 1, 2005

TO:     Honorable James E. Graham
        United States Magistrate Judge

FROM:   Philip J. Lyons
        U.S. Probation Officer

RE:     Ward, Melanie Lynn
        CR205-00005-001
        Brunswick Division
        Represented by: O. Brent Green
        **EARLY TERMINATION REQUEST**

The above-named defendant has complied with the terms of supervision and appears eligible for early termination.

On May 5, 2005, Melanie Lynn Ward appeared before the Court and entered a plea of guilty to the offense of reckless driving. She was sentenced to a period of twelve months probation and ordered to pay a $500 fine and $25 special assessment. The Court ordered that upon the payment of both the fine and special assessment, after six months of probation, and upon a motion from the U.S. Probation Office, the Court shall terminate supervision.

On May 31, 2005, Ward paid her special assessment. On October 24, 2005, Ward completed payment of her fine. During her term of probation, Ward has maintained a stable residence and full-time employment. Therefore, based on the aforementioned, it is the probation officer's recommendation that Ward's probation be terminated.

For the Court's convenience, an order terminating Ward's probation has been attached to this memorandum.

Honorable James E. Graham
RE:    Ward, Melanie Lynn
November 1, 2005
Page 2

If you have any questions or are in need of further information, please advise.

Reviewed by:

*Barry Bargainnier*

J. Barry Bargainnier
Supervisory U.S. Probation Officer